Cathy S. Lusk
Clerk of the twelfth Court of appeals
1517 West front street
Suite 354
Tyler, Texas 75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUN 11 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

RE: Timothy Cortez Choice
Cause No 241 - 1215 - 13

Dear sir/madam,
On 5-11-15, 2015, my appeal Attorney notified me that an anders brief was filed on my behalf as outlined in anders v California and further advised me of my right to file a pro se brief or Response to the Anders brief. by this letter, I am giving you notice that I wish to file a pro se brief or Response since I have not had access acces. to my appellate record or to a law library. Enclosed please find my First motion for extention of time. please file and bring to the attention of the Court.

Thank you for your consideration.

Respectfully
Timothy Cortez Choice
# 1964421